Matter of Carter (2026 NY Slip Op 00566)

Matter of Carter

2026 NY Slip Op 00566

Decided on February 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 5, 2026

PM-26-26
[*1]In the Matter of Neal David Carter, an Attorney. (Attorney Registration No. 5169149.)

Calendar Date:February 2, 2026

Before:Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ.

Neal David Carter, San Tan Valley, Arizona, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Neal David Carter was admitted to practice by this Court in 2013 and lists a business address in Queen Creek, Arizona with the Office of Court Administration. Carter now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Carter's application.
Upon reading Carter's affidavit sworn to December 4, 2025 and filed December 10, 2025, and upon reading the January 21, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Carter is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ., concur.
ORDERED that Neal David Carter's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Neal David Carter's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Neal David Carter is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Carter is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Neal David Carter shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.